1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **GARY L. MCKENZIE,**                          CIV S-07-1627 GEB GGH P

12                              Petitioner,      **ORDER**

13           **v.**

14   **JAMES A. YATES, et al.,**

15                              Respondents.

16

17          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondents'

18   response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before February 4,

19   2008.

20

21   Dated: 01/11/08                    /s/ Gregory G. Hollows
                                         U.S. Magistrate Judge
22

23

24

25

26

27   mc1627.eot

28