## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. McKENZIE, | No. 2:07 CV 01627 AWT |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pursuant to the Order of Dismissal, signed and filed concurrently with this Judgment, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby **DISMISSED.**

Dated: September 29, 2009.

                                                              */s/ A. Wallace Tashima*  
                                                          United States Circuit Judge  
                                                          Sitting by designation.